**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **NICOLE A. O.,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )  No.  **2:20-cv-00238-GZS** |
| | ) |
| **ANDREW M. SAUL,**<br>**Commissioner of Social Security,** | )<br>)<br>) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 17) filed June 13, 2021, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

_/s/ George Z. Singal_
United States District Judge

Dated this 29th day of June, 2021.